**Brenda PHELPS, Plaintiff-Appellant,**

v.

**Stanley JAMES, Individually, and in his official capacity as the Sheriff of Washington County, NC, Defendant-Appellee.**

No. 02-1719.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Robert L. White, Greenville, North Carolina, for Appellant. Scott C. Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., New Bern, North Carolina, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Brenda Phelps seeks to appeal the district court's order and judgment granting Washington County, North Carolina Sheriff Stanley James' summary judgment in Phelps' employment discrimination action. We dismiss the appeal for lack of jurisdiction.

In civil cases against a nonfederal party, a litigant must file a notice of appeal within thirty days of the district court's entry of judgment. Fed. R.App. P. 4(a)(1). The appeal period is mandatory and jurisdictional. *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 267, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's judgment was entered on May 13, 2002. Phelps' notice of appeal was due thirty days later, by June 12, 2002. Phelps' notice of appeal was signed, filed, and entered on June 13, 2002, one day after the expiration of her thirty day appeals period. Because Phelps failed to file a timely notice of appeal, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*